IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IBRAHIMA ALPHA DIALLO, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | No. 3:26-CV-1203-S-BW |
| | § | |
| WARDEN, Prairieland Detention | § | |
| Center, et al., | § | |
| Respondents. | § | Referred to U.S. Magistrate Judge[1] |

## **ORDER**

On May 18, 2026, the parties filed a Joint Stipulation Without Prejudice dismissing all claims raised in the habeas petition. (Dkt. No. 7.)

Fed. R. Civ. P. 41(a)(1)(A)(ii) allows a plaintiff to voluntarily dismiss his action without a court order by filing a notice of dismissal that is signed by all the parties that have appeared. Respondents have entered an appearance in this action, and the stipulation of dismissal is signed by both Petitioner's and Respondents' counsel, the former under counsel's ECF filing credentials and the latter using a software authentication. (*See id.*) The joint stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii).

The notice of voluntary dismissal under Rule 41(a)(1)(A)(ii) "require[s] no judicial action or approval and [is] effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Dismissal under this rule is

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

"presumptively without prejudice," *id.*, and the filing expressly notes that the habeas claims are dismissed without prejudice.  The joint stipulation also recognizes that each party bears its own fees and costs.

The parties' joint stipulation of dismissal effectively terminates the case, and the Clerk is **DIRECTED** to close this matter.

**SO ORDERED** on May 18, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE